# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2021

161596 & (20)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

*In re* ROBERT CHARLES COOK.
_____

ROBERT CHARLES COOK,
    Plaintiff-Appellant,

v

OAKLAND CIRCUIT JUDGE,
    Defendant-Appellee.

SC: 161596
COA: 353431

_____/

      On order of the Court, the application for leave to appeal the June 12, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for peremptory reversal and to expedite proceedings is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2021



Clerk

b0419